**PRISONER CASE**

AmB

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**FILED**
JUN 1 8 2008  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | DUANE R. OLSON | **Defendant(s):** | JORGE PASTRANA, etc., et al. |
| **County of Residence:** | US, Outside the State of IL | **County of Residence:** | |
| **Plaintiff's Address:** | Duane R Olson<br>#04931-424<br>Miami - FCI<br>P.O. Box 779800<br>Miami, FL 33177 | **Defendant's Attorney:** | AUSA<br>United States Attorney's Office<br>219 South Dearborn Street, Suite 500<br>Chicago, IL 60604 |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**08CV3505**
**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE COX**

**Origin:**
- [ ] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [✓] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2241

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** *A. E. Woodham*   **Date:** 06/18/2008