UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 C 3505 |
| v. | ) | |
| | ) | Judge Harry D. Leinenweber |
| DUANE OLSON | ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

        Respectfully submitted,
        PATRICK J. FITZGERALD
        United States Attorney

By:    /s/ Erik A. Hogstrom
        Erik A. Hogstrom
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-8709

## **CERTIFICATE OF SERVICE**

  I, Erik A. Hogstrom, an Assistant United States Attorney, hereby certify that I have caused a copy of the foregoing Attorney Designation to be served upon Petitioner-Defendant at the following address:

> Duane Olson
> #04931-424
> P.O. Box 779800 Unit "C"
> Federal Correctional Institution
> Miami, FL 33177-0200

by placing said copy in the United States mail in a first-class, postage-paid envelope on July 14, 2008.

                /s/ Erik A. Hogstrom
                Erik A. Hogstrom
                Assistant United States Attorney