

IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS  60604

FILED
JUL 1 4 2008
Jul 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DUANE R. OLSON,
       Applicant/Prisoner,

Versus

JORGE PASTRANA, et., al.,
       Respondent/Defendant.

CIVIL CASE NO:  08-CV-3505

MAGISTRATE JUDGE:  COX

JUDGE:  LEINENWEBER

A MOTION TO MOVE THE COURT
FOR A STATUS REPORT

Comes Now, DUANE R. OLSON, (hereafter-Olson) the Applicant in the above Styled Action to file this Motion to Move this Honorable Court for a Status Report.

**As Cause For This Action:**

1. On May 7, 2008, (2 months ago) Olson filed An Application for Writ of Habeas Corpus Relief in United States District Court for the Southern District of Florida, Miami Division, Pursuant to the Provisions and Instructions of Title 28, United States Code, Section **2241(c)(3)**, (Case No: **08-cv-21340-ASG**)

2. On May 15, 2008, Magistrate Judge P. A. WHITE, Issued a Report Recommending Transfer of Venue to the United States District Court for the Northern District of Illinois, Eastern Division, Pursuant to 28 U.S.C. **§ 1631**.

3. On June 4, 2008, U.S. District Court Judge, The Honorable ALAN S. GOLD, Issued and ORDER Adopting Magistrate Judge White's Report and Recommendation at Item -2-.

4. On June 23, 2008, Olson Recieved a NOTICE from the Clerk's Office of U.S. District Court, Chicago, that Olson's Application for Writ of Habeas Corpus Relief had been Received and filed on June 18, 2008.

5. As of this day, July 7, 2008, Olson has recieved NO NOTICE of any Action taken by this Honorable Court.

**28 U.S.C. § 2243.  Issuance of writ:**

> "A court, justice, or judge entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted,"

**Relief Requested:**

Olson would Respectfully Request this Honorable Court to ISSUE a Report as to the Status of Olson's Application for Writ of Habeas Corpus Relief.

Respectfully Submitted,

Applicant/Prisoner  _____
Duane R. Olson  (pro-se)
Reg. No: 04931-424
P.O. Box 779800  Unit "C"
Federal Correctional Institution
Miami, Florida  33177-0200

## CERTIFICATE OF SERVICE

I, **DUANE R. OLSON**, Swear under Penalty of Perjury, that I Served a Copy of the attached document on the United States Attorney's Office, Suite 500, 219 South Dearborn Street, Chicago, Illinois, 60604, by placing it in the U.S. MAIL at the Federal Correctional Institution, Miami, Florida, on July 7, 2008.

Affiant ⎯ *[signature]*
Duane R. Olson (pro-se)
Reg. No: 04931-424

-3-