# United States District Court

## Northern District of Illinois

Eastern Division

Duane R. Olson **JUDGMENT IN A CIVIL CASE**

      v. Case Number: 08 C 3505

United States of America

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Court summarily dismisses the application for writ of habeas corpus.

Michael W. Dobbins, Clerk of Court

Date: 8/5/2008 _____

/s/ Wanda A. Parker, Deputy Clerk