UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

NOTICE OF DOCKETING - Short Form    TC

August 25, 2008

**FILED**
**AUGUST 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

---

Appellate Case No: 08-3172

Caption:
DUANE R. OLSON,
Plaintiff - Appellant

v.

JORGE PASTRANA,
Defendant - Appellee

---

District Court No: 1:08-cv-03505
Clerk/Agency Rep Michael Dobbins
District Judge Harry Leinenweber
Court Reporter Krista Burgeson

Date NOA filed in District Court: 08/22/2008

---

If you have any questions regarding this appeal, please call this office.