# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3505 | **DATE** | 8/27/2008 |
| **CASE TITLE** | U.S. ex rel. Olson (04931-424) v. United States of America | | |

**DOCKET ENTRY TEXT:**

Case is closed. Petitioner's motion to amend or supplement his *habeas corpus* petition [19] and motion to move the court to act [20] are denied as moot.

[For further details see text below.]　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docketing to mail notices.

# STATEMENT

JJD